PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jessica Williams                          Docket No. 7:24-CR-13-2D

### Petition for Action on Conditions of Pretrial Release

COMES NOW C. Jordan Hagins, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Jessica Williams, who was placed under pretrial release supervision by the Honorable James C. Dever III, U.S. District Judge, sitting in the Court at Raleigh, on the 4th day of June, 2024.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 17, 2025, a Violation Report was submitted to the court due to the defendant failing to adhere to her curfew on January 16, 2025. No court action was requested for this noncompliance, and the defendant was continued on pre-trial supervision under the same terms and conditions previously imposed.

On June 13, 2025, a Petition for Action Report was submitted to the court requesting the defendant's conditions of release be modified to remove her curfew through electronic monitoring due to complications from her pregnancy. This request was granted by the court.

At this time, the United States Probation Office is requesting that the defendant's conditions of release be modified to include mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that pre-trial supervision be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Lunsmann                  /s/ C. Jordan Hagins
Melissa K. Lunsmann                       C. Jordan Hagins
Supervising U.S. Probation Officer        U.S. Probation Officer
                                                         150 Rowan Street Suite 110
                                                         Fayetteville, NC 28301
                                                         Phone: 910-354-2533
                                                         Executed On: August 22, 2025

Jessica Williams
Docket No. 7:24-CR-13-2D
Petition For Action
Page 2

ORDER OF THE COURT

Considered and ordered the  25  day of  August , 2025, and ordered filed and made part of the records in the above case.

_____/s/ Dever_____
James C. Dever III
U.S. District Judge